James Kane against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

In re KEEDY. (Supreme Court, Appellate Division, Second Department. January 15, 1904.). In the matter of the application of J. Marbourg Keedy for admission to the bar. No opinion. Application granted.

KEIM, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Frederick Keim against David C. Townsend. D. McCurdy, for appellant. E. M. Shepard, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs and allowance, to the sum of $4,883.69, in which event the judgment as so modified, and the order appealed from, are affirmed, without costs.

KENNEDY, Respondent, v. THOMPSON, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by William T. Kennedy against Le Marcus A. Thompson and another. No opinion. Motion to dismiss appeal denied, on condition that the appellant pays $10 costs and perfects his appeal within 10 days. Upon failure to comply with these conditions, the motion is granted, with $10 costs.

KIRKPATRICK, Appellant, v. ALLEMANNIA FIRE INS. CO. OF PITTSBURG, PA., Respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by John J. Kirkpatrick against the Allemannia Fire Insurance Company of Pittsburg, Pa. No opinion. Order affirmed, without costs.

KLEIN, Respondent, v. EAST RIVER ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Frederick Klein against the East River Electric Light Company. No opinion. Motion granted. Questions to be settled on presentation of order.

KNIBBS v. EGGERS et al. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by William H. Knibbs against Jennie Mosher Eggers and others. No opinion. Judgment unanimously affirmed, with costs.

KOHON, Appellant, v. KOHON, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Benjamin Kohon against Rose Kohon. S. Goolelman, for appellant. H. M. Marks, for respondent. No opinion. Judgment affirmed, with costs.

LANGLEY v. McKERNEN. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by John Langley against James F. McKernen. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

LAWSON, Respondent, v. LORD, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by William C. Lawson against Franklin B. Lord, as executor. H. D. Baldwin, for appellant. C. B. Blair, for respondent. No opinion. Judgment and order affirmed, with costs.

LEARY, Respondent, v. CORVIN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Rose M. Leary against Lizzie J. Corvin and others. D. McClure, for appellants. J. A. Hodge, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the opinion of the court below.

O'BRIEN, J., dissents.

LEAYCRAFT et al., Respondents, v. HEUER, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by J. Edgar Leaycraft and others against Henry O. Heuer. C. G. F. Wahle, for appellant. G. H. Crawford, for respondents. No opinion. Judgment and order affirmed, with costs.

LEISTEN, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Augustus Leisten against Anna Corning. No opinion. Judgment and order affirmed, with costs.

In re LEITCH'S WILL. (Supreme Court, Appellate Division, First Department. February 19, 1904.) In the matter of the will of John Leitch, deceased. W. J. Leitch, for appellant. J. E. Kelly, for respondent. No opinion. Decree affirmed, with costs.

LEWIS, Appellant, v. TINDEL MORRIS CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas A. Lewis against the Tindel Morris Company. J. D. P. White, for appellant. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McCHESNEY, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Margaret J. McChesney against James Moore. J. H. Hazelton, for appellant. A. M. Thiery, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, on payment of costs in this court and in the court below.

VAN BRUNT, P. J., and HATCH, J., dissent.

McCORD v. LAUTERBACH. (Supreme Court, Appellate Division, First Department.

March 11, 1904.) Action by John C. McCord against Edward Lauterbach. No opinion. Motion denied, with $10 costs.

McCORMICK v. McCARTON. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Thomas McCormick against Francis A. McCarton, as president, etc. No opinion. Motion denied, upon payment of $10 costs of the term and $10 costs of motion.

McGOWAN, Appellant, v. JUILLARD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas H. McGowan against Augustus D. Juillard and others. W. W. Cooper, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs.

McGURK, Respondent, v. JAMES D. JOHNSTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by John H. McGurk against the James D. Johnston Company. E. Herrman, for appellant. F. S. Fisher, for respondent. No opinion. Judgment and order affirmed, with costs.

McKAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Cornelia McKay against the Metropolitan Street Railway Company. A. Ofner, for appellant. C. O'Connor, for respondent. No opinion. Judgment and order affirmed, with costs.

McMANUS v. ELBS. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Emmett A. McManus against John G. Elbs. No opinion. Motion to amend remittitur denied, without costs.

McNALLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Thomas McNally against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McQUILLAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 23, 1904.) Action by James McQuillan against the Metropolitan Street Railway Company. Judgment for plaintiff, and defendant appeals. Reversed. Bayard H. Ames and F. Angelo Gaynor, for appellant. G. H. Epstein, for respondent.

PER CURIAM. Aside from the question whether the plaintiff showed himself free from contributory negligence, his evidence fails to establish negligence in the defendant. Upon this point the case at bar is identical with Meyerowitz v. Interurban St. Ry. Co. (Sup.) 84 N. Y. Supp. 233. The judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event.

MARTIN, Respondent, v. AMBROSE A. GAVIGAN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Francis P. Martin against the Ambrose A. Gavigan Company and the Dominican Convent of Our Lady of the Rosary. No opinion. Reargument ordered, and case set down for March 14, 1904.

MARTIN, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Alexander Martin against Charles J. Wilson.

PER CURIAM. Order reversed on argument, without costs, on the ground that the motion was heard by one justice of the Supreme Court and decided by another, and that such disposition of the matter was not made with the consent of the parties. Motion remitted to the Special Term for hearing and determination.

In re MARX. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) In the matter of the application of Joseph Marx for admission to the bar. No opinion. Application granted.

MATHER et al., Respondents, v. YOST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Simeon Mather and another against Charles G. Yost and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

In re MAYOR. In re CONSOLIDATED ICE CO. (Supreme Court, Appellate Division, First Department. February 5, 1904.) In the matter of the mayor (department of parks). In the matter of the Consolidated Ice Company. J. A. Deering, for the motion. T. Connoly, opposed. No opinion. Motion to confirm report granted, with $10 costs.

In re MAYOR. In re TABER et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) In the matter of the mayor (department of parks). In the matter of Thomas T. Taber and others. J. A. Deering, for the motion. T. Connoly, opposed. No opinion. Motion to confirm report granted, with $10 costs.

MEAD, Appellant, v. COOLIDGE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Royal P. Mead against Jonathan M. Coolidge and Louis M. Brown, as executors, etc., of George W. Lee, deceased, and others. No opinion. Judgment unanimously affirmed, with costs.

MEISEN, Respondent, v. ROTHFELD, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Michael P. Meisen against Isaac Rothfeld. No opinion. Motion for stay of proceedings pending appeal granted.